**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                 PLAINTIFF

VS.                                              NO. 4:09MJ06027-BD

JUAN OCTAVIO ABUNDIS RAMIREZ                                              DEFENDANT

### ORDER

Plaintiff has moved to dismiss the Complaint against Defendant Juan Octavio Abundis Ramirez charging unlawful flight from the State of Arkansas to avoid prosecution in Pulaski County, Arkansas.  (Docket entry #4)  The Government states that Defendant has been located and the local authorities have been advised.  Accordingly, the Complaint is dismissed.  The Clerk of Court is directed to unseal this case.

IT IS SO ORDERED this 5th day of March, 2013.

_____
UNITED STATES MAGISTRATE JUDGE